UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

ODANIS MANUEL BREA MEJIA

No. 2:25-mj-0023-KFW

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Scott M. Hanton, Border Patrol Agent of the United States Border Patrol, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Border Patrol Agent-Intelligence with the United States Border Patrol ("USBP"), currently assigned to the Houlton Sector Intelligence Unit in Hodgdon, Maine. I have been an agent with the USBP since November 29, 2010. I completed the USBP Academy in February of 2011, where I received instruction in constitutional law, immigration law, criminal law, and federal and civil statutes. I have also received training in the detection, interdiction, and arrest of narcotics smugglers, alien smugglers, and aliens illegally present in the United States. In the course of my employment with USBP, I have been assigned to the Highway 90 and Highway 80 immigration checkpoints in Arizona, where I was the primary agent for multiple narcotic and human smuggling cases.

2. From March 2020 to August 2022, I was assigned as a Case Agent for the Tucson Sector Prosecution Unit. I have conducted numerous criminal investigations involving illicit activity and have gathered and structured evidence and facts pertaining to administrative and criminal immigration cases. In the course of my duties, I have taken sworn statements from material witnesses and suspects. I routinely perform

record checks through various law enforcement databases to establish accuracy of information as well as to gather facts further relevant to a respective case. I have acted as a liaison between the United States Attorney's Office and field agents, and I have assisted fellow agents in the development of their cases. I am currently assigned collateral duty as a Houlton Sector Prosecutions Case Manager.

3. I make this affidavit in support of a Criminal Complaint charging ODANIS MANUEL BREA MEJIA, with one count of Illegal Re-Entry of Alien After Deportation, in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2). The information contained in this affidavit is based on my review of reports prepared by other law enforcement officers and conversations with involved personnel, as well as my training and experience as a prosecution case agent.

## STATEMENT OF PROBABLE CAUSE

4. On January 09, 2025, a Border Patrol agent assigned to the Rangeley Border Patrol Station was contacted by an agent with Homeland Security Investigations ("HSI"). The HSI agent stated that he had assisted the Maine Drug Enforcement Agency ("MDEA") with a search warrant in Lewiston, Maine. During the execution of the search warrant, a Dominican national and citizen, later identified as Odanis Manuel BREA MEJIA was arrested and charged by the State of Maine with Aggravated Trafficking in Scheduled Drugs Class A and Unlawful Trafficking of Scheduled Drugs Class B. BREA MEJIA was subsequently booked into the Androscoggin County Jail.

5. Records checks revealed that BREA MEJIA had an extensive criminal history and was previously removed from the United States as an aggravated felon criminal alien on about October 19, 2021, through Alexandria, Louisiana. Agents subsequently lodged an immigration detainer with the Androscoggin County Jail.

6. On January 13, 2025, the Border Patrol Agent drove his service vehicle to the Androscoggin County Jail. Once at the Androscoggin County Jail, the Border Patrol Agent identified himself as a U.S. Border Patrol agent to BREA MEJIA. The Border Patrol Agent detained BREA MEJIA and transported him to the Rangeley Border Patrol Station for further processing.

7. At the station, BREA MEJIA was provided with his advisement of rights via Form I-214. BREA MEJIA stated that he knew how to read English. BREA MEJIA stated that he clearly understood his rights. BREA MEJIA freely and voluntarily waived his rights and was willing to make a statement to agents.

8. In a Sworn Statement, BREA MEJIA stated that he had been removed from the United States in 2021 via airplane. BREA MEJIA then stated that sometime in 2023, he crossed "the river" illegally without being inspected or paroled near McAllen, Texas. BREA MEJIA admitted that he did not receive permission from the U.S. government to re-enter the United States. BREA MEJIA knew he was not allowed to return to the United States.

## CONCLUSION

I respectfully submit, based on the facts set forth above, that probable cause exists to charge BREA MEJIA, by Criminal Complaint with the offense of Illegal Re-Entry After Deportation, in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2), and I respectfully request that the accompanying Criminal Complaint be issued.

Scott Hanton
Border Patrol Agent
U.S. Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Jan 17 2025

City and state: Portland, Maine

Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title